LYLE C. CAVIN, JR., SBN 4495
LIA T. MARKS, SBN 282914
LAW OFFICES OF LYLE C. CAVIN, JR.
535 Pacific Avenue, Suite 100
San Francisco, CA 94133
Tel:  (510) 444-2501
Fax:  (510) 444-4209
sealawyer@earthlink.net
lmarks@sealawyer.com

Attorneys for Plaintiff
Kenneth Wayne Pell



IT IS SO ORDERED
AS MODIFIED
*Kandis Westmore*
Judge Kandis Westmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH WAYNE PELL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.
_____/

Case No. C-16-1291-KAW

**STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** AS MODIFIED

    Plaintiff KENNETH WAYNE PELL ("Plaintiff") and Defendant UNITED STATES OF AMERICA ("Defendant"), by and through their respective counsel of record, hereby stipulate to and respectfully request that the Court order that the Initial Case Management Conference that is currently on calendar for June 14, 2016, at 1:30 p.m., be continued to July 14, 2016, or at a time thereafter convenient to the Court.

    The United States was recently served with the Complaint in this matter and this continuance is requested in order to provide additional time to file an Answer to the Complaint and to thereafter conduct the Rule 26 conference.

    IT IS THEREFORE hereby stipulated, and the parties respectfully request, that the Court agree to modify the existing case schedule as follows:

1

Stipulation Re Continuance of Case Management Conference

1  That the Case Management Conference is continued from June 14, 2016, to July ~~14~~ 26, 2016, or at a time thereafter convenient to the Court and the other deadlines in the Order dated March 17, 2016 are continued accordingly.

LAW OFFICES OF LYLE C. CAVIN, JR.

Dated:     May 5, 2016              /s/ Lia Marks
                                    Lia Marks
                                    Attorneys for Plaintiff
                                    Kenneth Wayne Pell


U.S. DEPARTMENT OF JUSTICE

Dated:     May 3, 2016

                                    R. Michael Underhill
                                    Attorney in Charge, West Coast Office
                                         /s/ Frank J. Anders
                                    Frank J. Anders
                                    Trial Attorney
                                    Torts Branch, Civil Division
                                    U.S. Department of Justice
                                    Attorneys for Defendant
                                    United States of America

2
Stipulation Re Continuance of Case Management Conference