Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PELL<br><br>Plaintiff(s)<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s) | Case No. C cv-01291<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation with Jerry Spolter at JAMS

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: June 16, 2017

Date: 7/6/16          Signed: _____
                                Attorney for Plaintiff

Date: 7/6/16          Signed: _____
                                Attorney for Defendant

Print Form

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Dated: July 7, 2016

IT IS SO ORDERED
Judge Jon S. Tigar

*Important: E-file this form in ECF using the appropriate event:*
*"Stipulation & Proposed Order Selecting Mediation" or*
*"Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 6-2016